**DISMISS and Opinion Filed April 5, 2021**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00847-CV**

**IN THE INTEREST OF N.K.R.M., A CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-20137**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Smith

Stating he no longer desires to pursue this appeal, appellant has filed a motion to voluntarily dismiss. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Craig Smith/
CRAIG SMITH
JUSTICE

200847F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF N.K.R.M., A CHILD

No. 05-20-00847-CV

On Appeal from the 256th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-17-20137. Opinion delivered by Justice Smith, Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Ashley Rehn recover her costs, if any, of this appeal from appellant Kenneth Moon.

Judgment entered April 5, 2021.